UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY, <br>     Plaintiff, <br>   v. <br> CITY OF NEWARK, et al., <br>     Defendants. | Case No. 13-cv-05238-MEJ <br><br> **ORDER VACATING CMC** |

    This matter is currently scheduled for a Case Management Conference on February 13, 2014. However, as there is a pending Motion to Dismiss (Dkt. No. 12), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

    **IT IS SO ORDERED.**

Dated: January 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge