UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEWARK, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05238-MEJ<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. Nos. 8 and 12 |

On December 19, 2013, the City of Newark, John Becker, David Benoun, Karl Fredstrom, and Renny Lawson filed a motion to dismiss the complaint. Dkt. No. 8. On December 20, 2013, the Chamber of Commerce and Linda Ashley also filed a motion to dismiss the complaint. Dkt. No. 12. Pursuant to Civil Local Rule 7-1(b), the court finds that these motions, which have been noticed for hearing on February 13, 2014, is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: February 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　
MARIA-ELENA JAMES
United States Magistrate Judge