1   MICHAEL S. BURKE – BAR #150062
2   CORIE A. EDWARDS – BAR #184042
    VOGL MEREDITH BURKE LLP
3   456 Montgomery Street, 20th Floor
    San Francisco, CA 94014
    Telephone:  415/398-0200
4   Facsimile:  415/398-2920

5   Attorneys for Defendants
    THE NEWARK CHAMBER OF COMMERCE,
6   A California Corporation, erroneously sued herein as
    NEWARK CHAMBER OF COMMERCE; and
7   LINDA ASHLEY

8

9                  UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
    JOHN PATRICK HENNEBERRY          | Case No. C13-5238 MEJ
12                  Plaintiff,       |
                                     |
13                                   | STIPULATION AND
                                     | [~~PROPOSED~~] ORDER RE:
14  v.                               | ATTENDANCE AT SETTLEMENT
                                     | CONFERENCE
15                                   |
                                     | [ADR LOCAL RULE 7.4]
16                                   |
17  CITY OF NEWARK,                  |
    COUNTY OF ALAMEDA,               | DATE:         DECEMBER 16, 2014
18  NEWARK CHAMBER OF COMMERCE,      | TIME:         10:00 A.M.
    LINDA ASHLEY,                    | COURTROOM:    C – 15TH FLOOR
19  JOHN BECKER,                     |
    DAVID BENOUN,                    | HON. MAGISTRATE JUDGE LAUREL BEELER
20  KARL FREDSTROM,                  |
    RENNY LAWSON, AND                | COMPLAINT FILED:   NOVEMBER 12, 2013
21  DOES 1 THROUGH 250.              |
                                     |
22                  Defendants.      |

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: ATTENDANCE AT SETTLEMENT CONFERENCE

1   THE PARTIES TO THE ABOVE-REFERENCED LITIGATION HEREBY

2   STIPULATE AND AGREE AS FOLLOWS:

3       1.    A voluntary settlement conference shall be conducted before Magistrate Laurel

4   Beeler, on December ~~16~~, December 15, 2014 at 10:30 a.m. 2014, at ~~10:00 a.m.~~

5       2.    Initial Disclosures, as contemplated by Federal Rule of Civil Procedure section 26,

6   shall be served on or before close of business on Monday, December 1, 2014.

7       3.    Pursuant to ADR Local Rules 7-4, it will be a substantial hardship for some of the

8   principals to attend the settlement conference in person.  Therefore, the parties agree that some of

9   their principals and/or insurance carrier representatives may attend the settlement conference by

10   telephone.

11       4.    The parties anticipate that the following individuals shall attend the settlement

12   conference on their behalf:

13       a.    Plaintiff John Henneberry:

14       i.    John Henneberry; and

15       ii.    Yolanda Huang, Esq.

16       b.    Defendants City of Newark and individually named Defendants Becker,

17   Benoun, Fredstrom, and Lawson:

18       i.    David Benoun, Newark City Attorney;

19       ii.    Cynthia Gordon on behalf of Association of Bay Area

20   Governments; and

21       iii.    Gregg A. Thornton, Esq., Selman Breitman LLP.

22       c.    Defendant County of Alameda:

23       i.    Kenneth R. Maiolini, Risk Management Services, Inc.;

24       ii.    Janette Brook, Liability Analyst for the County's Risk Management

25   Unit; and

26       iii.    Sgt. David Vandagriff, Civil Litigation Manager for the Alameda

27   County Sheriff's Office.

28       iv.    Gregory Ahern, Alameda County Sheriff/Coroner will be available

1

1    by telephone.

2                    v.      Gregory J. Rockwell, Esq., Boornazian, Jensen & Garthe.

3            d.      Defendants The Newark Chamber of Commerce and individually-named

4    Defendant Linda Ashley:

5                    e.      Linda Ashley, former President of The Newark Chamber of

6    Commerce;

7                    f.      Valerie Boyle, President of The Newark Chamber of Commerce, by

8    telephone until 3:00 p.m.;

9                    g.      Chris Hemsley, United States Liability Insurance Group

10   (Wayne, Pennsylvania), by telephone;

11                   h.      Michael S. Burke, Esq., Vogl Meredith Burke LLP.

12           5.      Pursuant to ADR Local Rule 7-4, irrespective of whether the party representatives

13   attend the settlement conference in person or by telephone, each person who attends the

14   settlement conference on behalf of a party shall be thoroughly familiar with the case and shall

15   have authority to negotiate a settlement.

16           6.      Written settlement conference statements shall be submitted directly with the

17   settlement judge, and shall not be filed with the Court, pursuant to ADR Local Rule 7-4.  Such

18   statements shall be served and lodged on or before December 2, 2014.

19           IT IS SO STIPULATED.

20   Dated:  December 4, 2014                    LAW OFFICES OF YOLANDA HUANG

21

22                                                   /s/ Yolanda Huang
                                                 YOLANDA HUANG
23                                               Attorney for Plaintiff
                                                 JOHN HENNEBERRY
24

25

26   [SIGNATURES CONTINUE ON FOLLOWING PAGE]

27

28

                                                 2

1    Dated:  December 4, 2014                    SELMAN BREITMAN LLP

2

3                                                   /s/ Gregg A. Thornton
                                                 GREGG A. THORNTON
4                                                DANIELLE K. LEWIS
                                                 Attorneys for Defendants
5                                                CITY OF NEWARK,
                                                 JOHN BECKER, DAVID BENOUN,
6                                                KARL FREDSTROM, and RENNY
7                                                LAWSON

8

9    Dated: December 4, 2014                     BOORNAZIAN, JENSEN & GARTHE

10

11                                                  /s/ Gregory J. Rockwell
                                                 GREGORY J. ROCKWELL
12                                               JILL P. SAZAMA
                                                 Attorneys for Defendants
13                                               COUNTY OF ALAMEDA

14

15   Dated:  December 4, 2014                    VOGL MEREDITH BURKE LLP

16

17                                                  /s/ Michael S. Burke
                                                 MICHAEL S. BURKE
18                                               CORIE A. EDWARDS
                                                 Attorneys for Defendants
19                                               THE NEWARK CHAMBER OF
                                                 COMMERCE, A California Corporation,
20                                               erroneously sued herein as NEWARK
                                                 CHAMBER OF COMMERCE; and
21                                               LINDA ASHLEY
22

23          IT IS SO ORDERED.

24   Dated:  December  4  , 2014                 UNITED STATES DISTRICT COURT
                                                 FOR   THE   NORTHERN   DISTRICT   OF
25                                               CALIFORNIA

26

27                                               THE HONORABLE LAUREL BEELER
                                                 Magistrate Judge
28

3