

33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537

Telephone 415.979.0400
Facsimile 415.979.2099

www.selmanbreitman.com

Gregg A. Thornton
415.979.2027
gthornton@selmanlaw.com

May 21, 2015

Honorable Laurel D. Beeler
United States Magistrate Judge
Northern District of California
U.S. Courthouse
Courtroom 15
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:  *Henneberry v. City of Newark, et al.*
United States District Court – Northern District of California
Case No.:  3:13-cv-05238-MEJ-LDB
Our File No.    :  555.35330

Dear Magistrate Judge Beeler:

A Clerk's Notice was recently e-filed and e-served in this case. That notice informed the parties that the further early mandatory settlement conference, originally scheduled for June 30, 2015, has been reset to July 23, 2015, starting at 1:30 p.m.

As instructed by Courtroom Deputy Lashanda Scott, I write to inform you that both the York insurance adjuster and I have no problem with this new time and date. There is one issue with regard to the availability of the City of Newark representatives: City Attorney David Benoun and Police Commander Michael Carroll. Specifically, they need to be back in Newark no later than 7:00 p.m., for a City Council meeting scheduled to occur that evening. As a result, it is anticipated that Mr. Benoun and Commander Carroll will need to leave the mandatory settlement conference at approximately 5:30 p.m., on July 23, 2015.

If the Court grants permission for Mr. Benoun and Commander Carroll to leave the mandatory settlement conference in time for them to appear at the City Council meeting, then this new July 23, 2015 date creates no problems. If, on the other hand, the Court does not want the City of Newark representatives to leave at a time to allow them to get to Newark by 7:00 p.m., then I request that an alternative date be selected for the further early mandatory settlement conference.

I provide a courtesy copy of this letter to all counsel to inform them of this need, and to provide counsel with an opportunity to voice any objection they may have to Mr. Benoun and Commander Carroll leaving the mandatory conference at approximately 5:30 p.m.

**SELMAN BREITMAN LLP**
ATTORNEYS

Honorable Laurel D. Beeler
*Henneberry v. City of Newark, et al.*
May 21, 2015
Page 2

Thank you for your attention to this matter.

Very truly yours,

GREGG A. THORNTON

GAT:gat

cc:   Ms. Yolanda Huang, Esq.
      Mr. Michael Burke, Esq.
      Mr. Gregory Rockwell, Esq.

APPROVED

*Judge Laurel Beeler*

Dated: May 26, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

314645.1  555.35330