GREGG A. THORNTON (SBN 146282)
gthornton@selmanlaw.com
DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
CITY OF NEWARK, JOHN BECKER,
DAVID BENOUN, KARL FREDSTROM
and RENNY LAWSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEWARK; COUNTY OF ALAMEDA; NEWARK CHAMBER OF COMMERCE; LINDA ASHLEY; JOHN BECKER; DAVID BENOUN; KARL FREDSTROM; RENNY LAWSON; AND DOES 1-250,<br><br>Defendants. | Case No. 13-CV-05238 MEJ<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DAVID BENOUN WITH PREJUDICE AND ORDER OF DISMISSAL OF SAID CLAIMS WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii) and FRCP 41(a)(2)] |

IT IS HEREBY STIPULATED by and between all of the parties to this action, either by themselves or through their designated attorneys of record, that the above-captioned action, as it relates to defendant DAVID BENOUN, individually, has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice, and with both plaintiff JOHN PATRICK HENNEBERRY and defendant DAVID BENOUN each bearing their own attorneys' fees and litigation costs.

IT IS FURTHER HEREBY STIPULATED by and between all of the parties to this action, either by themselves or through their designated attorneys of record, that the above-captioned action, as it relates to defendant DAVID BENOUN, be and hereby is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), and with

1

**STIPULATION FOR DISMISSAL & ORDER OF DISMISSAL**
**13-CV-05238 MEJ**

both plaintiff JOHN PATRICK HENNEBERRY and defendant DAVID BENOUN each bearing their own attorneys' fees and litigation costs.

DATED:  October 14, 2015        LAW OFFICES OF YOLANDA HUANG

By:   /s/  *Yolanda Huang*
    Yolanda Huang, Esq.
    Attorney for Plaintiff
    JOHN PATRICK HENNEBERRY

DATED:  October 14, 2015        SELMAN BREITMAN LLP

By:   /s/  *Gregg A. Thornton*
    GREGG A. THORNTON
    DANIELLE K. LEWIS
    Attorneys for Defendants
    CITY OF NEWARK, JOHN BECKER,
    DAVID BENOUN, KARL FREDSTROM
    and RENNY LAWSON

## ORDER

The parties having stipulated and agreed that the above-captioned action, as it relates to defendant DAVID BENOUN, individually, has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice, and with both plaintiff JOHN PATRICK HENNEBERRY and defendant DAVID BENOUN each bearing their own attorneys' fees and litigation costs;

The parties having further stipulated and agreed that the above-captioned action, as it relates to defendant DAVID BENOUN, be and hereby is dismissed with prejudice, pursuant Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), and with both plaintiff JOHN PATRICK HENNEBERRY and defendant DAVID BENOUN each bearing their own attorneys' fees and litigation costs;

The Court finding good cause appearing therefor;

IT IS HEREBY ORDERED that the above-caption action, as it relates to defendant

1  DAVID BENOUN, be and hereby is dismissed with prejudice.

3  Dated: October 22, 2015         By: _____
4                                       Honorable Maria-Elena James
                                         United States Magistrate Judge
5                                       Northern District of California