UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF NEWARK, et al.,<br><br>             Defendants. | Case No. 13-cv-05238-MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    This matter is currently scheduled for a Case Management Conference on June 9, 2016. However, on further review, the Court finds no Case Management Conference is necessary at this time and **VACATES** the hearing.

    **IT IS SO ORDERED.**

Dated: June 3, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge