UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br><br>Defendants. | Case No. 13-cv-05238-MEJ<br><br>**ORDER CONTINUING MOTION TO WITHDRAW; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 104 |

Counsel for Plaintiff John Henneberry, Yolanda Huang, filed a motion to withdraw as Plaintiff's attorney. *See* Mot., Dkt. No. 104. The Court set the Motion to be heard on May 25, 2017 at 10:00 a.m. and clearly required "[b]oth Counsel and Plaintiff, John P. Henneberry [to] appear at [the] hearing, in person." *See* Notice, Dkt. No. 106. Neither Plaintiff nor his counsel appeared in person at 10:00 a.m. on May 25, 2017. Plaintiff appeared at 10:30, having been told (presumably by Ms. Huang) that the hearing would start at that time. Ms. Huang never appeared.

Accordingly, the Court hereby **ORDERS** Ms. Huang to show cause why she should not be sanctioned for failing to appear to argue her Motion as ordered. Ms. Huang shall file a declaration by June 8, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 15, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

In addition, the Court **CONTINUES THE HEARING** on Ms. Huang's Motion until July 6, 2017 at 10:00 a.m. Ms. Huang shall continue to represent Plaintiff until that time, including at the upcoming June 29, 2017 settlement conference with Judge Beeler.

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge