UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br><br>Defendants. | Case No. 13-cv-05238-TSH<br><br>**FINAL PRETRIAL ORDER** |

On May 4, 2023, the Court held a final pretrial conference in this matter. This Order summarizes the Court's rulings and information about how the trial will be conducted.

1. The parties shall file an updated list of witnesses, counsel and parties who will be present at the trial, whether live or by deposition (i.e., not including parties that have been terminated and who are not expected to testify as a witness) by February 8, 2024. The purpose of this list is to include these names on the questionnaire that goes to prospective jurors, which asks if they know any of the case participants at trial.

2. The parties shall provide four hard copies and one electronic copy of their exhibits, deposition designations, and written discovery designations. The hard copies shall be in tabbed binders. The binders and electronic copy must be delivered to the Clerk's Office by noon on Monday, March 4, 2024.

3. The Court shall conduct a hearing on Friday, March 8, 2024 at 10:00 a.m. in Courtroom E, 15th Floor, to discuss juror hardship excusals.

4. The trial will proceed in Courtroom D as follows: The parties will appear at 9:00 a.m. on Monday, March 11, 2024. Jury selection will commence at 9:30 a.m. The trial will start after a break following jury selection. Each day thereafter, trial will begin at 9:30 a.m.

with a 15-minute break at 11:00 a.m., a 45-minute lunch at 12:30 p.m., and a 15-minute afternoon break at 2:30 p.m. Trial will conclude at 3:30 p.m. each day.

5. Each side has 9 total hours to present their case in chief. The 9 hours include opening and closing statements, as well as any rebuttal. Opening statements must be limited to 30 minutes per side and closing statements must be limited to 45 minutes per side, including rebuttal.

6. The Court will follow the normal rule regarding objections to evidence and other legal points which the Court must decide: No lengthy arguments in front of the jury. No sidebars. Any such argument should occur before 9:30 a.m. or after 3:30 p.m. unless it is unavoidable. Objections should consist of a citation to the Federal Rule(s) of Evidence at issue and the applicable generic description (e.g. "relevance.").

7. The parties must rise when making an objection.

8. The parties must seek leave to approach witnesses.

9. At the close of each trial day, counsel must disclose to the opposing party the witnesses to be called the following two days and the exhibit numbers of the documents that counsel plans to use on direct (other than for impeachment). Within 24 hours of such disclosure, counsel shall exchange exhibit numbers to be used in cross of the witnesses (other than for impeachment). Parties will not be allowed to call witnesses or use documents other than those that have been previously disclosed in the Pretrial Conference Statement and in the daily witness lists.

10. The Court will empanel an eight-person jury with no alternates. Each side shall have 3 peremptory challenges.

11. Preliminary jury instructions will be read before opening statements. The Court will not provide a copy of the instructions to the jury at the beginning of the case. The Court will not instruct the jury on substantive law applicable to the claims until the close of evidence when final instructions are given. The Court will hear argument and settle jury instructions before closing arguments.

**IT IS SO ORDERED.**

Dated: May 4, 2023

THOMAS S. HIXSON
United States Magistrate Judge

Dated: May 4, 2023

THOMAS S. HIXSON
United States Magistrate Judge