ELINOR LEARY, NO. 227232
JUSTIN THOMPSON, NO. 347981
KRISTAL SINAJ, NO. 351747
THE VEEN FIRM LLP
20 Haight Street
San Francisco, California 94102
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
EL.Team@VeenFirm.com

ATTORNEYS FOR PLAINTIFF JOHN
HENNEBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HENNEBERRY,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF NEWARK, et. al.<br><br>          Defendants. | CASE NO. 13-cv-05238-TSH<br>The Hon. Thomas S. Hixson<br><br>**ORDER RE**<br>**PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM**<br><br>Judge:     Hon. Magistrate Thomas A. Hixson<br>Date:      April 15, 2024<br>Time:      9:30 a.m.<br>Crtrm.:    D<br><br>Action Filed:     November 12, 2013<br>Trial Date:       April 15, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOHN HENNEBERRY hereby submits the following responses to Defendants' objections to Plaintiff's designations of Michael Allum's trial testimony. Plaintiff has demonstrated that Michael Allum is an unavailable witness pursuant to Federal Rule of Evidence sec. 804(a)(5) and his prior trial testimony may be used under the hearsay exception for former testimony found in Federal Rule of Evidence sec. 804(b)(1)(A).

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

-1-                    Case No. 13-cv-05238-TSH
PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| 294:20 – 295:6 | Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to Allum's reasons for becoming a police officer with Newark.<br><br>Further the Court has already overruled this line of questioning. See 294:12-295:2. | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 297:7 - 22 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the ease with which an arrestee may be booked at Fremont Jail versus Santa Rita Jail.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 297:7-298:16 | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 297:25 – 298:4 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | ease with which an arrestee may be booked at Fremont Jail versus Santa Rita Jail.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 297:7-298:16 | |
| 298:9-10 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the ease with which an arrestee may be booked at Fremont Jail versus Santa Rita Jail.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>Further, the Court has already overruled any objection to this | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | line of questioning. See 297:7-298:16 | |
| 298:14 | Improper designation of question only, not testimony. Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to how large the prison population of Santa Rita Jail, where Plaintiff was taken to, is.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 298:14-16 | ✔ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 298:19-20 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the size of Fremont Jail because that is where Plaintiff was initially taken for booking. Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. | ✔ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH
PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602. | |
| 299:2-3, 299:8 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to how large the prison population of Santa Rita Jail, where Plaintiff was taken to, is.<br><br>Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 299:2-7. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>✔ Desig.W/D |
| 299:10-11 | Improper designation of question only, not testimony. Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the size and capacity of Fremont Jail because that is where Plaintiff was initially taken for booking.<br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>✔ Desig.W/D |

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

Case No. 13-cv-05238-TSH
PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602. | |
| 299:20-21, 299:24 | Calls for speculation. Relevance. Lacks foundation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the booking functions at Fremont Jail because that is where Plaintiff was initially taken for booking. Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities and has personally viewed jail staff working. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602. The Court has already overruled any objection to this line of questioning. See 299:20-23. | ☐ Sustained ☑ Overruled ☐ Obj.W/D ☐ Desig.W/D |
| 300:1-3 | Improper designation of question only, not testimony. Calls for speculation. Relevance. Lacks foundation. | | Plaintiff withdraws this designation. | ☐ Sustained ☐ Overruled ☐ Obj.W/D ☑ Desig.W/D |
| 300:9-13; 300:18-23 | Calls for speculation. | | Relevance has a low threshold. Evidence is relevant if it has a | ☐ Sustained ☑ Overruled |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | Relevance. Lacks foundation. Calls for expert opinion. | | tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the capacity and safety of an arrestee like Plaintiff in Santa Rita Jail compared to Fremont Jail.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities and has been inside those booking facilities so he is familiar with their safety levels. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. He is not answering based on specialized knowledge within the scope of FRE 702.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 300:9-16 | ☐ Obj.W/D<br>☐ Desig.W/D |
| 301:8-10 | Improper designation of attorney comment, not testimony. | | This designation relates to a request to display an exhibit which the witness is immediately asked about in the next line.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 301:3-302:3. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 301:20-21 | Improper designation of attorney comment, not testimony. | | This designation relates to a request to stop displaying an exhibit and is immediately followed by a question to the witness pertaining to that | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☑ Desig.W/D |

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | exhibit.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 301:3-302:3. | |
| 301:22 – 302:1 | Improper designation of an attorney's question without a response/testimony. Leading. Calls for speculation. Lacks foundation. Argumentative | | This designation relates to a question to which the witness requests that the question is repeated.<br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people, including filing out booking sheets which the question pertains to. The question is not seeking to have the witness agree with an inference. Instead, the question seeks new information because it asks whether a blank no-release box on a booking sheet means that the arrested person is supposed to be released. The witness had experience himself inside those booking facilities and has been inside those booking facilities so he is familiar with their safety levels. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 301:3-302:3. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>✔ Desig.W/D |
| 302:7-8, 302:12-13 | Improper designation of an attorney's question without a response/testimony. Calls for speculation. | | This designation relates to a question which is immediately followed by a designation where the witness answers. The witness's answer is based on his experience with booking arrestees in his capacity as a police officer which means he has firsthand experience on | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>✔ Desig.W/D |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | Lacks foundation. | | this topic which qualifies him to answer the question as best he can.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 302:7-11. | |
| 303:1-3 | Improper designation of an attorney's question without a response/testimony.  Lacks foundation. Calls for speculation. | | This designation relates to a question which is immediately followed by a designation where the witness answers. This designation is followed by a designation where the witness provides an answer that stems from his personal experience as a Newark police officer who has arrested people for trespassing. This designation refers to testimony that stems from firsthand experience on this topic.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 302:15-303-21. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☑ Desig.W/D |
| 303:11 | Improper designation of attorney's question that was withdrawn. | | The Court has already overruled any objection to this line of questioning. See 302:15-303-21. | ☑ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 303:12-14 | Leading. | | This designation refers to a question where the attorney is laying the foundation for the witness's testimony in order to develop the witness's testimony per FRE 611(c).<br><br>The Court has already overruled any objection to this line of questioning. See 303:11-21. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 303:17-23 | Lacks foundation. Calls for speculation. Calls for | | This designation relates to the witness' answer which is based on his personal experience as a police officer arresting people for trespass. The witness is not | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | expert testimony. | | answering from specialized knowledge, but from his firsthand experience on a topic. FRE702; FRE 602. Further, the Court already overruled the defense's objections to this line of questioning, see 303:1-304:8. | |
| 304:4-6 | Improper designation of an attorney's question without a response/testimony. | | Designation withdrawn. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>✔ Desig.W/D |
| 304:11-15 | Lacks foundation. Calls for speculation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the protocol for booking individuals arrested for trespassing.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with the practices for booking arrested people at both the Santa Rita and Fremont Jails. He also had experience himself inside those booking facilities and has been inside those booking facilities so he is familiar with their safety levels. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-305:14. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 305:7-8 | Hearsay. Lacks | | Relevance has a low threshold. Evidence is relevant if it has a | ☐ Sustained<br>✔ Overruled |

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | foundation. Relevance. | | tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers were aware of Plaintiff Mr. Henneberry and his presence at city council meetings.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with other police officers and even friends with some of them. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-305:14. | ☐ Obj.W/D<br>☐ Desig.W/D |
| 305:9; 305:15-16 | Hearsay. Lacks foundation. Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers were aware of Plaintiff Mr. Henneberry and his presence at city council meetings.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with other police officers and even friends with some of them. He has personal knowledge and | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH
PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-305:14. | |
| 305:23-24; 306:3 | Hearsay. Lacks foundation. Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers were aware of Plaintiff Mr. Henneberry and his presence at city council meetings.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with other police officers and even friends with some of them. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-306:2 | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 306:5-13; 306:16-20 | Hearsay. Not statement by Fredstrom. Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers were aware of Plaintiff Mr. Henneberry and his presence at city council meetings.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with other police officers and even friends with some of them. He has personal knowledge and firsthand experience on this topic which qualifies him to answer the question. FRE 602.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-307:11 | |
| 306:22-24 | Hearsay. Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers were aware of Plaintiff Mr. Henneberry and his presence at city council meetings.<br><br>Further, Allum testified he has worked as a police officer in Newark and was familiar with other police officers and even friends with some of them. He has personal knowledge and firsthand experience on this topic which qualifies him to | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

**THE VEEN FIRM LLP**
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

-13-

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | answer the question. FRE 602.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 304:1-307:11 | |
| 306:25 – 307:1 | Leading. | | The witness's testimony is being developed which is permissible scope for leading under FRE 611(C). Further, the Court has already overruled any objection to this line of questioning. See 304:1-307:11 | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 307:2-3 | Leading. Relevance. Hearsay. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.<br><br>The witness's testimony is being developed which is permissible scope for leading under FRE 611(C). The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>Further, the Court has already overruled any objection to this line of questioning. See 304:1-307:11 | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 307:4-5 | Leading. Relevance. Hearsay. Calls for speculation. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | whether Newark police officers and their approach to detaining Mr. Henneberry.

The witness's testimony is being developed which is permissible scope for leading under FRE 611(c). The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.

Further, Allum is testifying to a conversation he was present for and has personal knowledge of occurring. He is speaking from firsthand experience on this topic which qualifies him to answer the question. FRE 602.

Further, the Court has already overruled any objection to this line of questioning. See 304:1-307:11 | |
| 307:6-7 | Calls for speculation. Lacks foundation. | | See above responses.

The Court has already overruled any objection to this line of questioning. See 304:1-307:11 | ☐ Sustained
✔ Overruled
☐ Obj.W/D
☐ Desig.W/D |
| 307:13-14 | Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.

The Court has already overruled any objection to this line of questioning. See 307:11-308:21. | ☐ Sustained
✔ Overruled
☐ Obj.W/D
☐ Desig.W/D |
| 307:15-17 | Relevance. | | Relevance has a low threshold. | ☐ Sustained |

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.<br><br>The Court has already overruled any objection to this line of questioning. See 307:11-308:21. | ✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 307:18-19 | Relevance. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.<br><br>The Court has already overruled any objection to this line of questioning. See 307:11-308:21. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 307:20-23 | Relevance. Hearsay. | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The Court has already overruled any objection to this line of questioning. See 307:11-308:21. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| 308:2-3 | Calls for speculation. State of mind. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>The witness is speaking to his then-existing mental and emotional condition upon hearing the declarant. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 308:8-9 | Relevance. Privacy. Lacks foundation. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 308:10-12 | Relevance. Privacy. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | ☐ Sustained<br>✔ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| 308:13-14 | Relevance. Privacy. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 308:15-16 | Relevance. Privacy. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 308:17-18; 308:22 | Relevance. Privacy. | | The Court has already overruled any objection to this line of questioning. See 307:11-308:21.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP<br>20 HAIGHT STREET<br>SAN FRANCISCO, CA 94102<br>Tel: (415) 673-4800<br>www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | |
| 308:24-25 | Relevance. Calls for speculation. | | The Court has already overruled any objection to this line of questioning. See 308:8-309:19.<br><br>Defendant lacks standing to assert a privacy objection on behalf of arrestee Mr. Joseph Martin.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry. | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 309:1-5 | Leading. Relevance. Calls for speculation. | | The Court has already overruled any objection to this line of questioning. See 308:8-309:19.<br><br>Relevance has a low threshold. Evidence is relevant if it has a tendency to make a fact of consequence more or less probable than it would be without that evidence. FRE 401. This goes directly to the whether Newark police officers and their approach to detaining Mr. Henneberry.<br><br>The witness's testimony is being developed which is | ☐ Sustained<br>☑ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | | permissible scope for leading under FRE 611(C). | |
| 309:16; 309:20-21 | Hearsay. | | The Court has already overruled any objection to this line of questioning. See 308:8-310:4.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801. | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| 309:23-25 | Hearsay. Leading. Calls for speculation. | | The Court has already overruled any objection to this line of questioning. See 308:8-310:4.<br><br>The witness's answer is based on conversations he was a part of so hearsay is not at issue. FRE 801.<br><br>The witness's testimony is being developed which is permissible scope for leading under FRE 611(C). | ☐ Sustained<br>✓ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| | | 310:17-311:16 | Relevance<br>Assumes facts not in evidence | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| | | 313:3-21 | Relevance<br>Speculation<br>Lack of personal knowledge<br>Assumes facts not in evidence. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| | | 314:3 - 316:8 | Vague<br>Relevance<br>Assumes facts not in evidence. | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| | | 316:19-321:11 | Relevance<br>Assumes facts not in evidence.<br>Speculation – 320:2-6 | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |
| | | 331:3-5 | Speculation<br>Lack of personal knowledge | ☐ Sustained<br>☐ Overruled<br>☐ Obj.W/D<br>☐ Desig.W/D |

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

Case No. 13-cv-05238-TSH

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM

| Plaintiffs' Designation | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Responses | Ruling |
|---|---|---|---|---|
| | | 333:22 - 336:4 | Argumentative Relevance Assumes facts not in evidence. Speculation. | ☐ Sustained ☐ Overruled ☐ Obj.W/D ☐ Desig.W/D |

DATED:  April 11, 2024                THE VEEN FIRM LLP


                                By:      /Kristal Sinaj/
                                     Elinor Leary
                                     Justin Thompson
                                     Kristal Sinaj
                                     Attorneys for PLAINTIFF JOHN HENNEBERRY


April 15, 2024

IT IS SO ORDERED.

Hon. Thomas S. Hixson

U.S. Magistrate Judge

THE VEEN FIRM LLP
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

PLAINTIFF JOHN HENNEBERRY'S RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFF'S
DESIGNATION OF TRIAL TESTIMONY OF MICHAEL ALLUM