UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br><br>Defendants. | Case No. 13-cv-05238-TSH<br><br>**ORDER GRANTING PLAINTIFF'S IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 477 |

On May 14, 2024, Plaintiff John Henneberry filed a notice of appeal and an application to proceed in forma pauperis on appeal. ECF Nos. 476-77.

An indigent party who cannot afford the expense of pursuing an appeal may file a motion for leave to proceed in forma pauperis. Fed. R. App. P. 24(a); 28 U.S.C. § 1915(a)(1). Pursuant to Federal Rule of Appellate Procedure 24(a), "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court." The party must attach an affidavit that (1) shows in detail "the party's inability to pay or give security for fees and costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1). However, even if a party provides proof of indigence, "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is in "good faith" where it seeks review of any issue that is "non-frivolous." *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). An issue is "frivolous" if it has "no arguable basis in fact or law." *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990).

Here, Plaintiff's affidavit establishes his inability to pay, his notice of appeal sets forth an entitlement to redress, and he has stated the issues that he intends to present on appeal.

Accordingly, the Court **GRANTS** Plaintiff's in forma pauperis application.

**IT IS SO ORDERED.**

Dated: May 16, 2024

THOMAS S. HIXSON
United States Magistrate Judge