United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, et al.,<br><br>    Defendants. | Case No. 13-cv-05238-TSH<br><br>**ORDER GRANTING MOTION TO PRODUCE TRANSCRIPTS**<br><br>Re: Dkt. No. 488 |

Plaintiff John Henneberry requests the Court order the government to pay the cost to produce transcripts in these proceedings for his appeal pending in the Ninth Circuit. ECF No. 488. Pursuant to 28 U.S.C. § 753(f), "[f]ees for transcripts furnished in [civil] proceedings to persons permitted to appeal in forma pauperis shall . . . be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." Here, the Court has already determined Plaintiff's inability to pay for his appeal and that his appeal is not frivolous. *See* ECF No. 478. Accordingly, the Court **GRANTS** Plaintiff's request and **ORDERS** the Clerk of Court to produce transcripts for the following proceedings:

ECF No. 94 March 2, 2017 Hearing re Motion for Summary Judgment

ECF No. 442 April 16, 2024 Testimony of Michael Allum (as read by Oliver Vallejo)

**IT IS SO ORDERED.**

Dated: June 21, 2024

THOMAS S. HIXSON
United States Magistrate Judge