UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK HENNEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br><br>Defendants. | Case No. 13-cv-05238-TSH<br><br>**AMENDED ORDER GRANTING MOTION TO PRODUCE TRANSCRIPTS**<br><br>Re: Dkt. No. 488 |

Plaintiff John Henneberry requests the Court order the government to pay the cost to produce transcripts in these proceedings for his appeal pending in the Ninth Circuit. ECF No. 488. Pursuant to 28 U.S.C. § 753(f), "[f]ees for transcripts furnished in [civil] proceedings to persons permitted to appeal in forma pauperis shall . . . be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." Here, the Court has already determined Plaintiff's inability to pay for his appeal and that his appeal is not frivolous. *See* ECF No. 478. Accordingly, the Court **GRANTS** Plaintiff's request and **ORDERS** the Clerk of Court to produce transcripts on an expedited basis within three (3) days @$4.45 per page for the following proceedings:

ECF No. 94 March 2, 2017 Hearing re Motion for Summary Judgment

ECF No. 442 April 16, 2024 Testimony of Michael Allum (as read by Oliver Vallejo)

The Clerk is directed to pay the transcriber the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United

1   States, as set forth in the Guide to Judiciary Policies and Procedures.

2   **IT IS SO ORDERED.**

4   Dated: June 21, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge